No. 3819.—ELIZABETH MANGUM v. W. A. BACON, Administrator, et al.

The widow, left in necessitous circumstances, has the right to recover from the succession of her husband one thousand dollars in preference to the mortgage creditors. In case she has already received a portion of this amount from the sale of personal property, it will be deducted from the one thousand dollars, and she will recover the balance.

APPEAL from the Thirteenth Judicial District, parish of Carroll. *Hough*, J.  *J. E. Leonard*, for plaintiff and appellant.  *E. J. Deloney*, for defendant.

TALIAFERRO, J.  Lane, Salter & Co. proceeded by order of seizure and sale against certain lands mortgaged to them by the plaintiff's husband, whose succession is administered by the defendant Bacon. The plaintiff, the widow of W. A. Mangum, comes in by third opposition, alleging that at the death of her husband she was left in necessitous circumstances, and she prays to be allowed one thousand dollars under the provisions of the law in such case provided. The mortgage creditors answered this demand, setting up various grounds to show that the plaintiff should not succeed in her opposition. The judge *a quo* found that the opponent had received of the personal property of the estate to the value of one hundred and twenty-eight dollars, and deducting that sum from one thousand dollars, he gave judgment in favor of the plaintiff. The creditors have appealed.

There is no error in the judgment. The claims of the plaintiff are clearly made out. It is therefore ordered, adjudged and decreed that the judgment of the district court be affirmed, the appellants paying costs in both courts.